FILED
97 NOV 10 AM 9:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY M. GOODEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-PT-2070-E |
| | ) | |
| ROBERT RUMSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
NOV 10 1997

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 16, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. The magistrate judge also noted in the report and recommendation that the only relief sought by plaintiff -- that defendants "be prosecuted to the fullest extent" -- was relief which this court is without authority to grant. *See Otero v. United States Attorney General*, 832 F.2d 141 (11th Cir. 1987). The plaintiff filed objections to the report and recommendation on October 31, 1997. In these objections, plaintiff "ask[s] that the life without parole [sentence] be vacated and that his original sentence be re-instated being 'a life sentence.'" To the extent that plaintiff is now challenging the length of his sentence, such a claim is not cognizable under 42 U.S.C. § 1983. It is well settled that a state prisoner may challenge the "fact or duration" of his imprisonment only by way of a petition for writ of habeas corpus. *Preiser v. Rodriquez*, 411 U.S. 475 (1973); *Watson v. Briscoe*, 554 F.2d 650 (5th Cir. 1977).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 10 day of Nov, 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

2